PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## (Motion to Withdraw Violation of Supervised Release Petition)

**Name of Offender:** Isaac L. Dean **Docket Number:** 08-856-01
**PACTS Number:** 43884

**Name of Sentencing Judicial Officer:** Honorable Harvey Battle, III (Eastern District of Pennsylvania)

**Name of Current Judicial Officer:** Honorable Jerome B. Simandle, United States District Judge

**Date of Original Sentence:** 01/31/2007

**Date of Transfer of Jurisdiction:** 12/1/2008

**Original Offense:** Count 1: Conspiracy to distribute and posses with intent to distribute five kilograms or more of cocaine and Count 2: Attempted possession with intent to distribute five kilograms or more of cocaine

**Original Sentence:** 36 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 05/31/08

**Assistant U.S. Attorney:** Jackie Carle, 401 Market St., 4th Floor, P.O. Box 2098, Camden, New Jersey 08101, (609) 757-5026

**Defense Attorney:** Lisa Lewis, 840 Cooper Street, Suite 350, Camden, New Jersey 08102, (609) 757-5341

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

**DETAILS OF VIOLATIONS:**

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states, "**You shall not commit another federal, state, or local crime.**"<br><br>On November 7, 2008, the offender was issued a summons by the Haddon Township Police Department charging him with Harassment, N.J.S. 2C:33-4A (a petty disorderly persons offense) and Terroristic Threats, N.J.S. 2C:12-3A (3rd degree crime - domestic violence related).<br><br>According to the summons, on November 7, 2008, the offender repeatedly contacted the victim, Dreem Bryant, via cellphone and stated he, "is tired of her and is going to fix it if she returns home". The offender also allegedly threatened to strike her in the mouth. Ms. Bryant is the offender's paramour of approximately 16 years. |

On November 17, 2008, a final restraining order was issued by the Camden County, New Jersey Family Court prohibiting the offender from having any contact with the victim, Dreem Bryant.

*This charge was dismissed by the Haddon Township Municipal Court sitting in Camden County, New Jersey on December 17, 2008.*

2. The offender has violated the supervision condition which states, "**You shall not commit another federal, state, or local crime.**"

On November 29, 2008, in Haddon Township, New Jersey the offender was arrested by the Haddon Township Police Department and charged with Contempt, N.J.S. 2C:29-9B (4th degree crime - domestic violence related).

According to the police report, the offender violated the final restraining order issued by the Camden County, New Jersey Family Court on November 17, 2008, by allegedly entering into Dreem Bryant's residence at 1221 Grant Avenue in Haddon Township, New Jersey on November 28, 2008, at 8:00pm and 8:30pm, in an attempt to have Ms. Bryant drop the final restraining order.

*The charge of Contempt along with the final restraining order issued on November 17, 2008 was dismissed by the New Jersey Superior Court sitting in Camden County on December 16, 2008.*

3. The offender has violated the supervision condition which states, "**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**"

On November 10, 2008, this officer met with the offender to discuss his pending charges. The offender was warned not to have any further contact with the victim, Dreem Bryant.

*As evidenced by the dismissal of the above-mentioned violations, there is no evidence that the offender did not follow the instructions of the probation officer.*

U.S. Probation Officer Action:

Due to the fact that the above-mentioned charges have been dismissed, and following consultation with the Assistant United States Attorney assigned to this matter, our office is seeking to withdraw the petition alleging violations of supervised release which was filed with the Court on December 1, 2008. We also request that Mr. Dean's bail be discharged and his conditions of bail supervision be removed. We are also requesting that the court date currently listed for the Violation of Supervised Release Hearing (January 28, 2009) be cancelled.

Respectfully submitted,

*Daniel J. Carney*

By: Daniel J. Carney
U.S. Probation Officer
Date: 12/19/08

APPROVED:

_____  12/19/08
RICHARD A. GALLO                    Date
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

[✓]   Agree with U.S. Probation Officer action. The petition filed with the Court dated December 1, 2008, which alleges violations of supervised release is hereby WITHDRAWN, the offender's bail is DISCHARGED, and his conditions of bail are hereby REMOVED, and the currently-scheduled court date for the violation of supervised release hearing (January 28, 2009) is CANCELLED.

[ ]   The Issuance of a Summons. Date of Hearing: _____.
[ ]   No Action
[ ]   Other

_____
Signature of Judicial Officer

December 22, 2008
_____
Date